**MARIE A. STERLING, et al., v. HELEN PFINGSTAG HOL-
LERITH, by her husband and next friend, J. GEORGE
HOLLERITH.**

5 So. (2nd) 858                                          Division A
January 27, 1942

Ray Selden, for appellants.

B. F. Brass, for appellees.

PER CURIAM:

We consider motion to dismiss appeal because same is without merit and is frivolous.

The order appealed from is one confirming sale under foreclosure decree which has become absolute and from which no appeal was taken.

An examination of the record shows the appeal to be without merit and it is, therefore, dismissed.

So ordered.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, JJ., concur.